

# Fourth Court of Appeals
## San Antonio, Texas

October 21, 2014

No. 04-14-00569-CV

Burton **KAHN**,
Appellant

v.

**HELVETIA ASSET RECOVERT, INC.,**
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18355
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Appellant Burton Kahn filed a notice of appeal on August 7, 2014, stating he "desires to appeal from the Order denying Defendants for New Trial on July 21, 2014." An order denying a motion for new trial is not independently appealable. *See In re Adams*, 416 S.W.3d 556, 560 (Tex. App.—Tyler 2013, no pet.) (citing *State Office of Risk Mgmt. v. Berdan*, 335 S.W.3d 421, 428 (Tex. App.—Corpus Christi 2011, orig. proceeding)). Rather, an appeal may generally be taken only from a final judgment. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Accordingly, it appeared we lack jurisdiction over this matter. We therefore ordered appellant to file a response showing cause why this court should not dismiss this appeal for want of jurisdiction.

On October 20, 2014, appellant filed a satisfactory response establishing this court has jurisdiction over the appeal, advising he was appealing from the trial court's June 11, 2014 final judgment and attaching a copy of same.

The clerk's record was filed October 8, 2014, and the reporter's record was filed October 20, 2014. Accordingly, we **ORDER** appellant to file his brief in this court on or before November 19, 2014.

We **order** the clerk of this court to serve copies of this order on appellant and all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of October, 2014.



Keith E. Hottle
Clerk of Court